**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☒ FOURTH _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: RICHARD PRIOLEAU, JR.      JOINT DEBTOR: _____      CASE NO.: 17-18572-LMI

SS#: xxx-xx- 6606      SS#: xxx-xx- _____

## I.  NOTICES

To Debtors:  Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:  Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:  The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

   1.  $4,596.16 _____ for months  1  to  10  ;

   2.  $5,486.55 _____ for months  11  to  60  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**      ☐ NONE      ☐ PRO BONO

| Total Fees: | $7500.00 | Total Paid: | $3500.00 | Balance Due: | $4000.00 |
|---|---|---|---|---|---|

Payable  $1,333.34  /month (Months  1  to  3  )

Allowed fees under LR 2016-1(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.  TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| | |
|---|---|
| **1. Creditor:** BSI F/N/A WELLS FARGO HOME MORTGAGE N/K/A HMC ASSETS | |
| Address: c/o Ronald Wolfe, PL  POB 25018  Tampa, FL 33622 | Arrearage/ Payoff on Petition Date  $22,701.05 |
| | Arrears Payment (Cure)  $5.00 /month (Months  1  to  3  ) |
| | Arrears Payment (Cure)  $13,338.34 /month (Months  4  to  10  ) |
| Last 4 Digits of Account No.:  1763 | Regular Payment (Maintain)  $746.01 /month (Months  11  to  60  ) |
| Other: | |

LF-31 (rev. 10/3/17)

Debtor(s): RICHARD PRIOLEAU, JR.          Case number: 17-18572-LMI

| | |
|---|---|
| ☑ Real Property | Check one below for Real Property: |
| ☐ Principal Residence | ☐ Escrow is included in the regular payments |
| ☑ Other Real Property | ☑ The debtor(s) will pay  ☑ taxes  ☑ insurance directly |

Address of Collateral:
6410 SW 58 Pl.
Miami, FL 33143

☐ Personal Property/Vehicle

Description of Collateral:

**B.  VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL
SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON
YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1.  REAL PROPERTY:**  ☐ NONE

| | | |
|---|---|---|
| 1.  Creditor: OCWEN LOAN | Value of Collateral:  $100,000.00 | **Payment** |
| Address: 3451 Hammond Ave  Waterloo, IA 50702 | Amount of Creditor's Lien:  $0.00 | Total paid in plan:  $108,480.50 |
| Last 4 Digits of Account No.:  5334 | Interest Rate:  3.25% | $1,000.00  /month (Months  1  to  10 ) |
|  |  | $1,969.61  /month (Months  11  to  60 ) |
| Real Property  ☐ Principal Residence  ☑ Other Real Property | Check one below:  ☐ Escrow is included in the monthly  mortgage payment listed in this section  ☑ The debtor(s) will pay |  |
| Address of Collateral:  Inv. Prop. #2  8141 NW 5 Ct.  Miami, FL 33150 | ☑ taxes   ☐ insurance directly |  |
| 2.  Creditor: MAGNOLIA BANK  STATE/BANK EASTMAN | Value of Collateral:  $3,460.00 | **Payment** |
| Address: POB 909  Eastman, GA 31023 | Amount of Creditor's Lien:  $0.00 | Total paid in plan:  $39,415.00 |
| Last 4 Digits of Account No.:  5200 | Interest Rate:  5.25% | $1,052.20  /month (Months  1  to  10 ) |
|  |  | $577.86  /month (Months  11  to  60 ) |
| Real Property  ☐ Principal Residence  ☑ Other Real Property | Check one below:  ☐ Escrow is included in the monthly  mortgage payment listed in this section  ☑ The debtor(s) will pay |  |
| Address of Collateral:  5 Lots of Land in  South Carolina | ☑ taxes   ☐ insurance directly |  |

**2.  VEHICLE(S):**  ☑ NONE

**3.  PERSONAL PROPERTY:**  ☑ NONE

**C.  LIEN AVOIDANCE**  ☑ NONE

**D.  SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a
distribution fom the Chapter 13 Trustee.

☑ NONE

**E.  DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution
fom the Chapter 13 Trustee.

☐ NONE

LF-31 (rev. 10/3/17)

Debtor(s): RICHARD PRIOLEAU, JR.                Case number: 17-18572-LMI

☑ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | CHASE | 8886 | 1877 NW 85 St., Miami, FL 33147 |
| 2. | CITIMORTGAGE | N/A | 4030 Suzanne Dr., Macon, GA |
| 3. | BIBB COUNTY TAX COLLECTOR | 3104 | 245 Daffodil St., Macon, GA |
| 4. | MAGNOLIA STATE BANK/BANK EASTMAN | N/A | 245 Daffodil St., Macon, GA |
| 5. | NATIONSTAR | 8110 | 3375 Thunderbird Rd., Macon, GA |

**IV.    TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

    **B. INTERNAL REVENUE SERVICE:** ☑ NONE

    **C. DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE

    **D. OTHER:** ☑ NONE

**V.    TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    **A.** Pay _____ $1,378.06 _____ /month (Months __11__ to __60__ )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.** SEPARATELY CLASSIFIED: ☑ NONE

    *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ☑ NONE

**VII.    INCOME TAX RETURNS AND REFUNDS:** ☑ NONE

**VIII.    NON-STANDARD PLAN PROVISIONS** ☐ NONE

    ☑ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    SECTION II, MONTHLY PLAN PAYMENT: 1. Begins August 17, 2017 & June 17, 2018

    Secured Creditors holding liens on properties subject to cramdown shall issue a Satisfaction of Mortgage upon this Court's entry of debtor's Discharge in this Chapter 13 Case.

    Magnolia State/Bank of Eastman (1306-08 Ross St., Macon, GA) - Value of Property is $132,000.00 @ 5.25%. This property is the subject of a Motion to Value Collateral in this case and in the Joint Owner's Case Edward Murray Case No. 14-11653-LMI. The payments on the valuation are being made in the Edward Murray's Case.

    The Debtor may have a personal injury claim. The Debtor will modify the Plan to provide for the distribution of funds recovered from the pending lawsuit which are not exempt to the unsecured creditors.

☐ Mortgage Modification Mediation

Debtor(s): RICHARD PRIOLEAU, JR.                                    Case number: 17-18572-LMI

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | | |
|---|---|---|
| Richar Prioleau, Jr.      Debtor | June 20, 2018 | Joint Debtor |
| RICHARD PRIOLEAU, JR. | Date | Date |

/s/ Michael A. Frank, Esquire          June 20, 2018
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

LF-31 (rev. 10/3/17)